THOMAS G. AHNEMAN *v.* SUSAN A. AHNEMAN

The defendant's petition for certification for appeal from the Appellate Court (AC 16093) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss that portion of the defendant's appeal regarding claimed inaction by the trial court?"

The Supreme Court docket number is SC 15621.

*Brenden P. Leydon*, in support of the petition.

Decided February 20, 1997

SALLY PAGANO *v.* FREDERICK A. PAGANO, JR.

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 905 (AC 15868), is denied.

*Frank S. Marcucci*, in support of the petition.

*Gayle C. Carr*, in opposition.

Decided February 25, 1997